# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| MAXUM INDEMNITY COMPANY, | |
| Plaintiff, | CV-17-55-BU-BMM |
| MOUNT ZION, INC., BOLES CUSTOM BUILDERS, INC., and SUNRISE RIDGE CONDOMINIUMS OWNERS ASSOCIATION, | **ORDER** |
| Defendants. | |

Plainitf has moved for an order allowing Michael S. Knippen Esq. and Julie Klein, Esq. to appear *pro hac vice* in this case with Robert M. Carlson of Corette Black Carlson & Mickelson, Butte, Montana, designated as local counsel. The applications of Mr. Knippen and Ms. Klein appear to be in compliance with L.R. 83.1(d).

IT IS ORDERED:

Defendant's motions to allow Mr. Knippen and Ms. Klein to appear on its behalf (Docs. 3 and 4) are GRANTED, subject to the following conditions:

1. Local counsel shall exercise the responsibilities required by L.R. 83.1(d)(5) and must be designated as lead counsel or as co-lead counsel;

2. Only one attorney appearing *pro hac vice* may act as co-lead counsel;

3. Mr. Knippen and Ms. Klein must each do his or her own work. Each must do his or her own writing, sign his or her own pleadings, motions, briefs, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court;

4. Local counsel shall also sign all such pleadings, motions and briefs and other documents served or filed; and

5. Admission is personal to Mr. Knippen and Ms. Klein.

IT IS FURTHER ORDERED:

Each applicant shall file, within fifteen (15) days from the date of this Order, an acknowledgment and acceptance of his or her admission under the terms set forth above.

DATED this 28th day of August, 2017.

_____
Brian Morris
United States District Court Judge