# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| MAXUM INDEMNITY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>MOUNT ZION, INC., BOLES CUSTOM BUILDERS, INC., and SUNRISE RIDGE CONDOMINIUMS OWNERS ASSOCIATION,<br><br>Defendants.<br>_____<br><br>SUNRISE RIDGE CONDOMINIUMS OWNERS ASSOCIATION,<br><br>Counterclaimant,<br><br>v.<br><br>MAXUM INDEMNITY COMPANY,<br><br>Counter-Defendant. | CASE No. CV-17-55-BU-BMM<br><br>**ORDER STAYING PROCEEDINGS AND REQUIRING STATUS REPORTS** |

Pursuant to a Stipulation of Plaintiff and Counterclaim Defendant Maxum Indemnity Company and Defendant and Counterclaim Plaintiff Sunrise Ridge Condominiums Owners Association, Inc., through their respective counsel of record, and for good cause shown,

IT IS HEREBY ORDERED:

1

1. All proceedings are STAYED until further Order of the Court.

2. Counsel will submit a joint or separate status report to the Court by March 2, 2018, informing the Court of the status of the settlement in the underlying litigation, its approval and the appropriateness of resumption of these proceedings.

Dated this 28th day of November, 2017.

_____
Brian Morris
United States District Court Judge