IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| MAXUM INDEMNITY COMPANY, <br><br> Plaintiffs <br><br> v. <br><br> MOUNT ZION, INC., BOLES CUSTOM BUILDERS, INC. And SUNRISE RIDGE CONDOMINIUMS OWNERS ASSOCIATION, <br><br> Defendants. | CV-17-55-BU-BMM <br><br> **ORDER** |

Plaintiff has moved for admission of Jeremy S. Macklin (Mr. Macklin), (Doc. 19), to practice before this Court in this case with Robert Carlson of Corette Black Carlson & Mickelson to act as local counsel. Mr. Macklin's application appears to be in compliance with L.R. 83.1(d).

**IT IS HEREBY ORDERED:**

Plaintiff's motion to allow Mr. Macklin to appear on her behalf (Doc. 19) is **GRANTED** on the following conditions:

1. Local counsel, Mr. Carlson, will be designated as lead counsel or as co-lead counsel with Mr. Macklin. Mr. Macklin must do his own work. He must do his own writing, sign his own pleadings, motions, briefs and other documents served or filed by him, and, if designated co-lead counsel, must appear and

-1-

participate personally in all proceedings before the Court. Local counsel, Mr. Macklin shall also sign such pleadings, motions and briefs and other documents served or filed.

    2. Admission is not granted until Mr. Macklin, within fifteen (15) days from the date of this Order has filed an acknowledgment and acceptance of his admission under the terms set forth above.

    3. Admission is personal to Mr. Macklin.

    DATED this 10th day of April, 2018.

_____
Brian Morris
United States District Court Judge