# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| MAXUM INDEMNITY COMPANY,　　　Plaintiff, | CV-17-55-BU-BMM |
| MOUNT ZION, INC., BOLES CUSTOM BUILDERS, INC., and SUNRISE RIDGE CONDOMINIUMS OWNERS ASSOCIATION,　　　Defendants. | **ORDER** |

Upon the parties Joint Status Report, Doc. 18, **IT IS HEREBY ORDERED** that the STAY in this case is continued. The parties will file a joint status report with the Court on or before **May 4, 2018.**

DATED this 16th day of April, 2018.

_/s/ Brian Morris_
Brian Morris
United States District Court Judge