Michael A. Viscomi
VISCOMI, GERSH, SIMPSON & JOOS, PLLP
121 Wisconsin Avenue
Whitefish, MT 59937
(406) 862-7800
viscomi@bigskyattorneys.com

Settlement Master/Mediator

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| MAXUM INDEMNITY COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>MOUNT ZION, INC., BOLES CUSTOM BUILDERS, INC., and SUNRISE RIDGE CONDOMINIUMS OWNERS ASSOCIATION,<br><br>Defendants. | CASE No. CV-17-55-BU-BMM<br><br>**SETTLEMENT CONFERENCE REPORT** |

The undersigned Settlement Master/Mediator, having participated in a settlement conference in the referenced case, reports as follows:

PLAINTIFF'S COUNSEL present:          Michael S. Knippen, Esq.

DEFENDANT MOUNT ZION, INC.'S
COUNSEL present:                      Fredrick P. Landers, Esq.

DEFENDANT SUNRISE RIDGE'S
COUNSEL present:                      Glenn E. Tremper, Esq.

PARTIES present:                      Maxum Indemnity Company representative available by telephone, *Plaintiff*
                                      Mt. Zion, Inc., representative available by telephone, *Defendant*
                                      Sunrise Ridge Condominiums Owners Association, Inc., board representatives available by telephone, *Plaintiff*

DATE AND TIME OF CONFERENCE:     May 10, 2018, at 9:00 a.m.

CASE TYPE:                       Declaratory relief

TIME SPENT: 17.1 hours           HOURS BILLED: 17.1 hours
*(Time includes concurrent mediation of related Montana Fifth District Court case)*

RESULT:
    Case fully settled at conference     XXX
    Case partially settled at conference _____
    Case not settled/total impasse       _____

ADDITIONAL COMMENTS:
    None

DATED this 2nd day of August, 2018.

                                                Settlement Master/Mediator–
                                                Michael A. Viscomi, Esq.

cc: Counsel of record