Robert M. Carlson
CORETTE BLACK CARLSON & MICKELSON
129 West Park Street
P.O. Box 509
Butte, MT  59703
PH    :  406-782-5800
FAX  :  406-723-8919
bcarlson@cpklawmt.com

Michael S. Knippen
Julie Klein
Jeremy S. Macklin
TRAUB LIEBERMAN STRAUS & SHREWSBERRY LLP
303 West Madison, Suite 1200
Chicago, IL 60606
PH    :  312-332-3900
FAX  :  312-332-3908
mknippen@tlsslaw.com
jklein@tlsslaw.com
jmacklin@tlsslaw.com

Attorneys for Plaintiff Maxum Indemnity Company

Glenn E. Tremper
GLENN E. TREMPER, PLLC
300 River Drive North, Suite 5
P.O. Box 2263
Great Falls, MT 59403
PH    :  406-761-9400
FAX  :  866-552-9189
glenn@tremperlaw.com

Attorneys for Defendant Sunrise Ridge Condominiums Owners Association

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA,
BUTTE DIVISION**

| | | |
|---|---|---|
| MAXUM INDEMNITY COMPANY, | * | No. CV-17-55-BU-BMM |
| | * | |

|  |  |  |
|---|---|---|
| Plaintiff, | * | **STIPULATION TO** |
|  | * | **DISMISS ACTION WITH** |
| v. | * | **PREJUDICE** |
|  | * |  |
| MOUNT ZION, INC., BOLES | * |  |
| CUSTOM BUILDERS, INC., and | * |  |
| SUNRISE RIDGE CONDOMINIUMS | * |  |
| OWNERS ASSOCIATION, | * |  |
|  | * |  |
| Defendants. | * |  |

Plaintiff/Counterclaim Defendant MAXUM INDEMNITY COMPANY ("Maxum") and Defendant/Counterclaim Plaintiff SUNRISE RIDGE CONDOMINIUMS OWNERS ASSOCIATION ("Association"), on its own behalf and as assignee of BOLES CUSTOM BUILDERS, INC. ("Boles") (collectively, the "Parties"), by an through their respective counsel, hereby stipulate as follows:

Maxum and the Association have reached a settlement of all claims at issue in the instant lawsuit, including claims brought by Maxum, claims brought by the Association on its own behalf, and claims brought by the Association as assignee of Boles and others.  The Parties stipulate and agree that the instant lawsuit, including all claims and counterclaims, shall be dismissed with prejudice, each party to bear its own costs and fees, all matters in controversy having been fully settled, compromised and adjourned.

A proposed Order of Dismissal with Prejudice is attached.

DATED this 21st day of September, 2018

Respectfully Submitted,

By: /s/ Robert M. Carlson       By: /s/ Glenn E. Tremper

By: /s/ Michael S. Knippen       Attorneys for Defendant SUNRISE
Attorneys for Plaintiff MAXUM      RIDGE CONDOMINIUMS OWNERS
INDEMNITY COMPANY             ASSOCIATION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA,
# BUTTE DIVISION

| | | |
|---|---|---|
| MAXUM INDEMNITY COMPANY, | * | No. CV-17-55-BU-BMM |
| | * | |
| Plaintiff, | * | **ORDER DISMISSING** |
| | * | **ACTION WITH** |
| v. | * | **PREJUDICE** |
| | * | |
| MOUNT ZION, INC., BOLES | * | |
| CUSTOM BUILDERS, INC., and | * | |
| SUNRISE RIDGE CONDOMINIUMS | * | |
| OWNERS ASSOCIATION, | * | |
| | * | |
| Defendants. | * | |

Pursuant to a Stipulation of Plaintiff and Counterclaim Defendant Maxum Indemnity Company and Defendant and Counterclaim Plaintiff Sunrise Ridge Condominiums Owners Association, Inc., through their respective counsel of record, and for good cause shown,

IT IS HEREBY ORDERED that this action is hereby dismissed with prejudice in its entirety, with each party to bear its own fees and costs.

DATED this ___ day of _____, 2018.

_____
Brian Morris
United States District Court Judge