# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA,
# BUTTE DIVISION

| | | |
|---|---|---|
| MAXUM INDEMNITY COMPANY, | * | No. CV-17-55-BU-BMM |
| | * | |
| Plaintiff, | * | **ORDER DISMISSING** |
| | * | **ACTION WITH** |
| v. | * | **PREJUDICE** |
| | * | |
| MOUNT ZION, INC., BOLES | * | |
| CUSTOM BUILDERS, INC., and | * | |
| SUNRISE RIDGE CONDOMINIUMS | * | |
| OWNERS ASSOCIATION, | * | |
| | * | |
| Defendants. | * | |

Pursuant to a Stipulation of Plaintiff and Counterclaim Defendant Maxum Indemnity Company and Defendant and Counterclaim Plaintiff Sunrise Ridge Condominiums Owners Association, Inc., through their respective counsel of record, and for good cause shown, IT IS HEREBY ORDERED that this action is hereby dismissed with prejudice in its entirety, with each party to bear its own fees and costs.

DATED this 24th day of September, 2018.

_____
Brian Morris
United States District Court Judge